**J. Ashlee Albies**
ashlee@albiesstark.com
ALBIES & STARK LLC
210 SW Morrison St., Suite 400
Portland, OR 97204
Phone: 503-308-4770
Fax: 503-427-9292

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER ROY HOFFMAN | Case No. 2:18-cv-01538-HZ |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF J. ASHLEE ALBIES FOR PLAINTIFF |
| COLLETTE PETERS ET AL. | |
| Defendant. | |

To the Court and All Parties and their Attorneys of Record:

   PLEASE TAKE NOTICE that J. Ashlee Albies of Albies & Stark LLC hereby appears as counsel for the Plaintiff, Christopher Roy Hoffman.  It is requested that an entry be made on the clerk's docket and that all further notices, documents, pleadings, correspondence, orders, and other materials relevant to this action be directed to and served upon the undersigned attorney of record.

///

Dated:  January 9, 2019

                              ALBIES & STARK

                              By:    *s/ J. Ashlee Albies*
                                     J. Ashlee Albies, OSB #051846
                                     Of Attorneys for Plaintiff

PAGE - 1      NOTICE OF APPEARANCE